UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
In re:                                              Case # 15-12969
                                                    Hon. Stuart M. Bernstein
    3920 Bwy, Rest. Inc.

                                  Debtor.
------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR ALL DOCUMENTS

      PLEASE TAKE NOTICE that, PAULINA STAMATELOS, Assistant Attorney General of the State of New York, appears in the above-captioned case on behalf of the New York State Department of Taxation & Finance.

      PLEASE TAKE FURTHER NOTICE that demand is hereby made for a copy of all papers, documents and pleadings in this case to be served upon the undersigned at the address indicated below.

      PLEASE TAKE FURTHER NOTICE that, neither this Notice of Appearance ("Notice") nor any later appearance, pleading, or proof of claim, shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, and (v) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or equity, or

under any agreements, all of which are expressly reserved.

Dated: New York, New York
       November 24, 2015

                                        Yours, etc.,

                                        ERIC T. SCHNEIDERMAN
                                        Attorney General of the
                                        State of New York
                                        Attorney for The New York State
                                        Department of Taxation & Finance
                                        By:
                                        _____
                                        Paulina Stamatelos (PS-5174)
                                        Assistant Attorney General
                                        120 Broadway - 24th Floor
                                        New York, New York 10271
                                        (212) 416-8659
                                        Fax: (212) 416-8672
                                        Email:Paulina.Stamatelos@ag.ny.gov

TO:   Norma E. Ortiz, Esq.
      Ortiz & Ortiz, LLP
      32-72 Steinway Street, Suite 402
      Astoria, NY 11103

      Office of United States Trustee
      U.S. Federal Office Building
      201 Varick Street, Room 1006
      New York, NY 10014

## CERTIFICATE OF SERVICE

Nilda Thompson certifies under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

She is a Legal Assistant in the office of ERIC T. SCHNEIDERMAN Attorney General of the State of New York, Attorney for the New York State Department of Taxation & Finance. On November 24, 2015 she served the annexed Notice of Appearance upon the following parties:

>Norma E. Ortiz, Esq.
>Ortiz & Ortiz, LLP
>32-72 Steinway Street, Suite 402
>Astoria, NY 11103
>
>Office of United States Trustee
>U.S. Federal Office Building
>201 Varick Street, Room 1006
>New York, NY 10014

Attorneys in the within entitled proceeding by depositing a true and correct copy thereof, properly enclosed in a post-paid wrapper, in the post-office box regularly maintained by the United States Postal Service at 120 Broadway, New York, New York 10271 directed to said attorneys at the addresses designated by them for that purpose.

Dated:  New York, New York
        November 24, 2015

_____
Nilda Thompson